OPINION — AG — ** TRANSFER — STUDENTS — SCHOOL DISTRICTS ** AN INDEPENDENT SCHOOL DISTRICT FROM WHICH PUPILS HAVE BEEN TRANSFERRED TO ANOTHER INDEPENDENT SCHOOL DISTRICT `CANNOT' LAWFULLY ENTER INTO AN AGREEMENT FOR THE PAYMENT OF LOCAL FUNDS TO THE LATTER DISTRICT FOR THE PURPOSE OF PAYING ALL OR A PART OF TRANSPORTING THE PUPILS FROM THE FORMER DISTRICT TO THE LATTER DISTRICT. (SCHOOL BUS, TRANSPORTATION) CITE: OPINION NO. DECEMBER 15, 1960, 70 O.S. 8-8 [70-8-8] (J. H. JOHNSON)